■ ITA THIRKIELD, Appellant, v J. ALAN ORNSTEIN et al., Respondents. [689 NYS2d 645] —Appeal by the plaintiff, as limited by her brief, from stated portions of an order of the Supreme Court, Suffolk County (Tanenbaum, J.), dated March 31, 1998.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Tanenbaum at the Supreme Court. O'Brien, J. P., Florio, H. Miller and Smith, JJ., concur.